USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
PAPPAS HARRIS CAPITAL, LLC,                    :
                                               :
                                   Plaintiff,  :
                                               :
               -against-                       :     20-CV-6911 (VEC)
                                               :
BREGAL PARTNERS, L.P. d/b/a BREGAL             :     ORDER
PARTNERS and BREGAL INVESTMENTS,               :
INC., PAUL MCGILL, AQUA TERRA US               :
HOLDING LLC, and SCOTT PEREKLIS,               :
                                               :
                                   Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2020, the parties appeared before this Court for a conference;

IT IS HEREBY ORDERED that for the purpose of assessing subject matter jurisdiction, Counsel for Plaintiff must file a sworn affidavit indicating all of the members of Pappas Harris Capital, LLC and their respective citizenships by no later than **Friday, October 16, 2020**. To the extent that any of the Plaintiff's members are themselves entities, their respective members and citizenships must also be included.

IT IS FURTHER ORDERED that Defendants must file any Motions to Dismiss by no later than **Friday, November 6, 2020**, Dkt. 23. Plaintiff must respond or file an Amended Complaint by no later than **Friday, January 8, 2021**. Defendants' replies in support of its Motions to Dismiss is due no later than **Friday, February 19, 2021**. If Plaintiff amends the Complaint rather than responding to the Motions to Dismiss, the Motions will be dismissed as moot and the regular time lines for answering or moving to dismiss will control unless the parties agree to an alternative schedule.

IT IS FURTHER ORDERED that all discovery in this case is stayed. The Court encourages the parties to meet and confer about the use of discovery from the Texas state court action, including with respect to amending any protective orders in that matter. The parties are welcome to bring any disputes to this Court in the event that they are unable to resolve their differences. The Court reminds the parties that such disputes should be brought in accordance with Rule 3B of this Court's Individual Practices in Civil Cases.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date: October 9, 2020**  
**New York, New York**

**VALERIE CAPRONI**  
**United States District Judge**