USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/06/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAPPAS HARRIS CAPITAL, LLC )<br>  Plaintiff )<br> )<br>vs. )<br> )<br>BREGAL PARTNERS, L.P. d/b/a )<br>BREGAL PARTNERS and BREGAL )<br>INVESTMENTS, INC., PAUL MCGILL )<br>AND SCOTT PEREKLIS ) | Civ. NO. 1:20-cv-6911<br><br>**RULE 41 MOTION/NOTICE TO**<br>**DISMISS OF SCOTT PEREKLIS** |

To the Honorable Judge of said Court:

COMES NOW, Papas Harris Capital, LLC, Plaintiff, herein pursuant to Rule F.R.C.P. 41 (a) (1) (A) (i) and files this their Voluntary Dismissal with prejudice of Scott Pereklis. This notice is filed prior to any answer or motion on the part of Defendants.

Dated this 5th day of November 2020.

**WILLIAMS ATTORNEYS, P.L.L.C.**
500 N. Water Street, Suite 500
Corpus Christi, TX 78401
361-884-0185
*Service: service@williamstrial.com*

By:   */s/ Justin L. Williams*
         Justin L. Williams
         ND Lic. No. 08347
         TX Bar No. 21555800
         Sean J. Williams
         TX Bar No. 24103990

THE LANIER LAW FIRM, PC
W. Mark Lanier
NYSB: 4327284
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
NYSB: 4593604
Alex.Brown@LanierLawFirm.com

123 East 56th St., 6th Fl.
Tower 56
New York, NY 10022
212.421.2800

ATTORNEYS FOR PLAINTIFF

Plaintiff's claims against Mr. Pereklis are hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to terminate Mr. Pereklis as a Defendant and close the open motion at docket entry 40.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: November 6, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE