```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PAPPAS HARRIS CAPITAL, LLC,

                        Plaintiff,

    -against-                          20-CV-6911 (VEC)

BREGAL PARTNERS, L.P. d/b/a BREGAL         ORDER
PARTNERS and BREGAL INVESTMENTS,
INC., PAUL MCGILL, AQUA TERRA US
HOLDING LLC, and SCOTT PEREKLIS,

                       Defendants.

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 4, 2021, Plaintiffs filed an amended complaint, Dkt. 51;

    IT IS HEREBY ORDERED that Defendants' Motions to Dismiss, at docket entries 43 and 47, are dismissed as moot.

    IT IS FURTHER ORDERED that Defendants' time to answer, move, or otherwise respond to the First Amended Complaint will be governed by the Federal Rules of Civil Procedure and this Court's Local Civil Rules unless the parties submit a joint stipulation agreeing to an alternative schedule.  *See* Dkt. 33.

    IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

    The Clerk of Court is respectfully directed to terminate the open motions at docket entries 43 and 47.

**SO ORDERED.**

Date:  January 5, 2021                          _____
         New York, New York                     **VALERIE CAPRONI**
                                                                **United States District Judge**