**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAPPAS HARRIS CAPITAL, LLC,

                     Plaintiff,

      -against-                                  20 **CIVIL** 6911 (VEC)

                                                  **JUDGMENT**

BREGAL PARTNERS, L.P. d/b/a BREGAL
PARTNERS, BREGAL INVESTMENTS, INC.,
PAUL MCGILL, AQUA TERRA US HOLDING
LLC, and SCOTT PEREKLIS,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 27, 2021, Defendants' motion to dismiss pursuant to the *Colorado River* doctrine is GRANTED. Because this resolves the entire case, Bregal Partners' motion to dismiss for lack of personal jurisdiction is DENIED as moot. This case is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      July 27, 2021

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                       **BY:**
                                                                 **Deputy Clerk**